2023-1891

_____

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

**HMTX INDUSTRIES, LLC, HALSTEAD NEW ENGLAND CORP., METROFLOR CORPORATION, JASCO PRODUCTS COMPANY LLC,**

*Plaintiffs-Appellants*,

v.

**UNITED STATES, OFFICE OF THE UNITED STATES TRADE PRERESENTATIVE, KATHERINE TAI, U.S. TRADE REPRESENTATIVE, UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER, ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,**

*Defendants-Appellees*,

_____

Appeal from the United States Court of International Trade in
No. 1:20-CV-0177-3jp, Chief Judge Mark A. Barnett, Judge Claire R. Kelly, Judge Jennifer Choe-Groves

_____

### DEFENDANTS-APPELLEES' SECOND MOTION FOR EXTENSION OF TIME

Pursuant to Rule 26(b) of the Federal Circuit rules, defendants-appellees, the United States, *et al.*, respectfully request an extension of time of 55 days, to and including December 21, 2023, for the Government to file its principal brief. Our principal brief is currently due on October 27, 2023. This is our second request for

an extension of time for this purpose. Previously, the Government received a 60-day extension of time for this purpose.

On October 11, 2023, undersigned counsel contacted Pratik Shah and Matthew Nicely, counsel for plaintiffs-appellants via email, and Mr. Shah responded via email requesting that his position be quoted (with added emphasis) as follows: "Plaintiffs sought no extension on their opening appeal brief and already consented to a 60-day extension for the Government's response brief. Because the Government continues to collect the challenged tariffs from Plaintiffs, and thousands of others similarly situated, Plaintiffs oppose any further extension absent some medical, family, or similar intervening justification (none of which is offered here)."

Good cause supports this request for an additional 55 days within which to file the Government's principal brief. Specifically, additional time is required because this appeal is a test case or master case for over 4,100 similar actions. Also, in addition to responding to plaintiffs-appellants' principal brief, there are four *amicus* briefs to which the Government must respond. Preparing a response requires consultation with multiple federal agencies and different components within the Department of Justice. This review process has taken longer than expected and is still ongoing. The requested extension is necessary to allow

undersigned counsel to confer and coordinate with interested agencies and to obtain necessary internal supervisory review.

For these reasons, we respectfully request that the Court grant this request for a 55-day extension of time, to and including December 21, 2023, for the United States to file its principal brief.

OF COUNSEL:

PHILIP BUTLER
Associate General Counsel
Office of General Counsel
Office of the U.S. Trade Representative
600 17th Street N.W.
Washington, D.C. 20508

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge,
International Trade Field Office

/s/ Elizabeth A. Speck
ELIZABETH A. SPECK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
26 Federal Plaza, Room 346
New York, NY 10278
Tel: 212-264-2107
Fax: 212-264-1916

| | |
|---|---|
| VALERIE SORENSEN-CLARK<br>Attorney<br>Office of the Assistant Chief Counsel<br>International Trade Litigation<br>U.S. Customs and Border Protection<br>26 Federal Plaza, Room 258<br>New York, NY 10278<br><br>October 12, 2023 | SOSUN BAE<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br><br>*Attorneys for Defendants-Appellees* |

2023-1891

_____

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

**HMTX INDUSTRIES, LLC, HALSTEAD NEW ENGLAND CORP., METROFLOR CORPORATION, JASCO PRODUCTS COMPANY LLC,**

*Plaintiffs-Appellants*,

v.

**UNITED STATES, OFFICE OF THE UNITED STATES TRADE PRERESENTATIVE, KATHERINE TAI, U.S. TRADE REPRESENTATIVE, UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER, ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,**

*Defendants-Appellees*,

_____

Appeal from the United States Court of International Trade in
No. 1:20-CV-0177-3jp, Chief Judge Mark A. Barnett, Judge Claire R. Kelly, Judge Jennifer Choe-Groves
_____

### **DECLARATION OF ELIZABETH SPECK**

In support of Defendants-Appellees' Second Motion for Extension of Time, defendants-appellees' counsel, Elizabeth Anne Speck, declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the primary attorney assigned to this appeal for the United States.

2. I am working with counsel from various agencies to respond to the opening brief filed by plaintiffs-appellants HMTX Industries, *et al.*

3.  On October 11, 2023, I contacted Pratik Shah and Matthew Nicely, counsel for the plaintiffs-appellants, to obtain their position on this motion and Mr. Shah responded via email requesting that his position be quoted (with added emphasis) as follows: "Plaintiffs sought no extension on their opening appeal brief and already consented to a <u>60-day</u> extension for the Government's response brief.  Because the Government continues to collect the challenged tariffs from Plaintiffs, and thousands of others similarly situated, Plaintiffs oppose any further extension absent some medical, family, or similar intervening justification (none of which is offered here)."

4.  Good cause supports this request for an additional 55 days within which to file the Government's principal brief.  Specifically, additional time is required because this appeal is a test case or master case for over 4,100 similar actions. Also, in addition to responding to plaintiffs-appellants' principal brief, there are four *amicus* briefs to which the Government must respond.  Preparing a response requires consultation with multiple federal agencies and different components within the Department of Justice.  This review process has taken longer than expected and is still ongoing.  The requested extension is necessary to allow me to confer and coordinate with interested agencies and to obtain necessary internal supervisory review.

## **DECLARATION**

I certify that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Elizabeth Anne Speck
ELIZABETH ANNE SPECK

Executed: October 12, 2023

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(a)(7) and Federal Circuit Rule 32(b), the undersigned certifies that the word processing software used to prepare this motion indicates there are a total of 315 words, excluding the portions identified in the rules. The motion complies with the typeface requirements and type style requirements of Fed. R. App. P. 32(a)(5) and has been prepared using Times New Roman 14 point font, proportionally spaced typeface.

/s/ Elizabeth Anne Speck
ELIZABETH ANNE SPECK