NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HMTX INDUSTRIES LLC, HALSTEAD NEW ENGLAND CORP., METROFLOR CORP., JASCO PRODUCTS COMPANY LLC,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, KATHERINE TAI, U.S. Trade Representative, UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER, Acting Commissioner for U.S. Customs and Border Protection,**
*Defendants-Appellees*

---

2023-1891

---

Appeal from the United States Court of International Trade in Nos. 1:20-cv-00177-3JP and 1:21-cv-00052-3JP, Chief Judge Mark A. Barnett, Judge Claire R. Kelly, and Judge Jennifer Choe-Groves.

---

**ON MOTION**

---

**O R D E R**

Appellees move for a 55-day extension of time, until December 21, 2023, to file their response brief and indicate that appellants stated that they oppose the extension.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

October 20, 2023
Date

Jarrett B. Perlow
Clerk of Court