FORM 8A. Entry of Appearance                                             Form 8A (p.1)
                                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-1891

**Short Case Caption:** HMTX Industries LLC v. US

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| United States | |
|---|---|
| **Principal Counsel:** Elizabeth A. Speck | Admission Date: N/A |
| Firm/Agency/Org.: Department of Justice, Civil Division | |
| Address: P.O. Box Ben Franklin Station, Washington, DC 20044 | |
| Phone: (202) 307-0369 | Email: elizabeth.speck@usdoj.gov |
| **Other Counsel:** Justin R. Miller | Admission Date: N/A |
| Firm/Agency/Org.: Department of Justice, Civil Division | |
| Address: 26 Federal Plaza, Room 345, 3rd Floor, New York, NY 10278 | |
| Phone: (212) 264-9241 | Email: justin.r.miller@usdoj.gov |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 11/20/23                    Signature: /s/ Elizabeth A. Speck

                                  Name:      Elizabeth A. Speck

FORM 8A. Entry of Appearance / Form 8A (p.2) July 2020

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| | | |
|---|---|---|
| **Other Counsel:** L. Misha Preheim | | Admission Date: N/A |
| Firm/Agency/Org.: Department of Justice, Civil Division | | |
| Address: P.O. Box Ben Franklin Station, Washington, DC 20044 | | |
| Phone: (202) 305-3087 | Email: misha.preheim@usdoj.gov | |
| **Other Counsel:** Melissa Patterson | | Admission Date: N/A |
| Firm/Agency/Org.: Department of Justice, Civil Appellate Division | | |
| Address: 950 Pennsylvania Avenue, NW, Washington, DC 20530 | | |
| Phone: (202) 514-1201 | Email: melissa.patterson@usdoj.gov | |
| **Other Counsel:** Joshua M. Koppel | | Admission Date: N/A |
| Firm/Agency/Org.: Department of Justice, Civil Appellate Division | | |
| Address: 950 Pennsylvania Avenue, NW, Washington, DC 20530 | | |
| Phone: (202) 514-4820 | Email: joshua.m.koppel@usdoj.gov | |
| **Other Counsel:** Sosun Bae | | Admission Date: N/A |
| Firm/Agency/Org.: Department of Justice, Civil Division | | |
| Address: P.O. Box Ben Franklin Station, Washington, DC 20044 | | |
| Phone: (202) 305-7568 | Email: sosun.bae@usdoj.gov | |
| **Other Counsel:** Valerie Sorensen-Clark | | Admission Date: N/A |
| Firm/Agency/Org.: Department of Homeland Security, U.S. Customs and Border Protection | | |
| Address: 26 Federal Plaza, Suite 258, New York, NY 10278 | | |
| Phone: (212) 264-9271 | Email: valerie.a.sorensen-clark@cbp.gov | |

**FORM 8A. Entry of Appearance**  Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Philip A. Butler | Admission Date: N/A |
|---|---|
| Firm/Agency/Org.: Office of the United States Trade Representative | |
| Address: 600 17th Street, N.W., Washington, DC 20508 | |
| Phone: (202) 881-9209 | Email: Philip.A.Butler@ustr.eop.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |