IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| HMTX INDUSTRIES LLC, *et al.*,<br><br>　　　　　　　Appellants,<br>　　v.<br><br>UNITED STATES, *et al.*,<br><br>　　　　　　　Appellees. | No. 23-1891 |

## NOTICE OF ATTORNEY WITHDRAWAL

The undersigned attorney for the government, Melissa N. Patterson, hereby provides notice that counsel is withdrawing from this case. The other attorneys from the federal government who have entered appearances will continue to represent the government in this case.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　s/ *Melissa N. Patterson*
　　　　　　　　　　　　　　　　　MELISSA N. PATTERSON
　　　　　　　　　　　　　　　　　　(202) 514-1201
　　　　　　　　　　　　　　　　　Attorney
　　　　　　　　　　　　　　　　　Civil Division, Appellate Staff
　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　950 Pennsylvania Ave., N.W.
　　　　　　　　　　　　　　　　　Washington, D.C.  20530

MARCH 2024

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that counsel for all parties are registered CM/ECF users and will be served via the CM/ECF system.

s/ <i>Melissa N. Patterson</i><br>
MELISSA N. PATTERSON