FORM 32. Response to Notice to Advise of Scheduling Conflicts

Form 32
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 23-1891

**Short Case Caption:** HMTX Industries LLC v. US

**Party Name(s):** United States; Office of the United States Trade Represe▣

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument.  Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument.  Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

---

**Argument Waiver**  ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.**  If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

---

**Other Parties Representing Interests**

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections.  Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

---

| Name of Expected Arguing Counsel | Emma E. Bond |
|---|---|

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes        ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**.  Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted.  The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance.  The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected.  *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

**FORM 32. Response to Notice to Advise of Scheduling Conflicts**                 **Form 32**
**March 2023**

---

## Potential Case Conflicts

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☑ Yes          ☐ No

If yes, attach a separate sheet listing those cases.

---

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 04/26/2024                Signature: /s/ Emma E. Bond

                                            Name: Emma E. Bond

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

HMTX INDUSTRIES, LLC, HALSTEAD NEW ENGLAND CORP.,
METROFLOR CORPORATION, JASCO PRODUCTS COMPANY LLC,
Plaintiff-Appellants,

v.

UNITED STATES, OFFICE OF THE UNITED STATES TRADE
REPRESENTATIVE, KATHERINE TAI, U.S. TRADE REPRESENTATIVE,
UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER,
ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER
PROTECTION,
Defendants-Appellees.

2023-1891

DEFENDANT-APPELLEES' STATEMENT OF GOOD CAUSE
FOR SCHEDULING CONFLICTS

Counsel of record for defendant-appellees in the above-captioned appeal will be unavailable for oral argument on July 9, 2024, due to an oral argument scheduled for 10:30 AM in the Court of Federal Claims, in *Repeat Consultants International v. United States*, Fed. Cl. No. 24-619C. Defendant-appellees respectfully request that oral argument not be scheduled on July 9, 2024.

<u>Potential Case Conflicts</u>

Below is a list of cases pending before this Court in which expected arguing counsel in this case also expects to argue:

*Amezquita v. McDonough*, Fed. Cir. No. 23-1975

*Guizhou Tyre Co., Ltd. v. United States*, Fed. Cir. No. 23-2163

*Kendall v. McDonough*, Fed. Cir. No. 24-1230

*Shaw v. McDonough*, Fed. Cir. No. 24-1070

*Smith v. McDonough*, Fed. Cir. No. 23-1378

*Hamill v. McDonough*, Fed. Cir. No. 23-1543

*Habas Sinai ve Tibbi Gazlar Istihsal Endustrisi v. United States*, Fed. Cir.

No. 24-1158

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

/s/Emma E. Bond
EMMA E. BOND
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Washington, D.C. 20044
(202) 305-2034
emma.e.bond@usdoj.gov

April 26, 2024                    Attorneys for Defendant-Appellees