# United States Court of Appeals for the Federal Circuit

_____

**HMTX INDUSTRIES LLC, HALSTEAD NEW ENGLAND CORP., METROFLOR CORP., JASCO PRODUCTS COMPANY LLC,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, JAMIESON GREER, U.S. TRADE REPRESENTATIVE, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees*

_____

2023-1891
_____

Appeal from the United States Court of International Trade in No. 1:20-cv-00177-3JP, 1:21-cv-00052-3JP, Judge Claire R. Kelly, Chief Judge Mark A. Barnett, Judge Jennifer Choe-Groves.

_____

**JUDGMENT**
_____

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

September 25, 2025
Date

Jarrett B. Perlow
Clerk of Court