# United States Court of Appeals for the Federal Circuit

---

**HMTX INDUSTRIES LLC, HALSTEAD NEW ENGLAND CORP., METROFLOR CORP., JASCO PRODUCTS COMPANY LLC,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, JAMIESON GREER, U.S. TRADE REPRESENTATIVE, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,**

*Defendants-Appellees*

---

2023-1891

---

Appeal from the United States Court of International Trade in Nos. 1:20-cv-00177-3JP, 1:21-cv-00052-3JP, Judge Claire R. Kelly, Chief Judge Mark A. Barnett, Judge Jennifer Choe-Groves.

---

## MANDATE

---

In accordance with the judgment of this Court, entered September 25, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT



November 17, 2025
Date

Jarrett B. Perlow
Clerk of Court