# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 4, 2025

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

RECEIVED

DEC 15 2025

United States Court of Appeals
For the Federal Circuit

Re: HMTX Industries, LLC, et al.
    v. United States, et al.
    Application No. 25A647
    (Your No. 2023-1891)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on December 4, 2025, extended the time to and including February 20, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Pratik Arvind Shah
Akin Gump Strauss Hauer & Feld, LLP
2001 K Street N.W.
Washington, DC 20006


Mr. D. John Sauer
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



FIRST-CLASS MAIL
IMI
$000.74
12/08/2025 ZIP 20543
043M31266310



**RECEIVED**

DEC 15 2025

United States Court of Appeals
For the Federal Circuit