# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 24, 2026

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

Re: HMTX Industries, LLC, et al.
v. United States, et al.
No. 25-1012
(Your No. 2023-1891)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 20, 2026 and placed on the docket February 24, 2026 as No. 25-1012.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst